John P. Lynch SB#45543
Law Offices of John P. Lynch
214 Grant Ave., Ste. 301
San Francisco, CA 94108
TEL: (415) 623-2410
FAX: (415) 623-3602

Attorney for Plaintiff
Venida Y. Taylor

E-filing

**FILED**

JUL 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-FILED

| | |
|---|---|
| Venida Y. Taylor,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNUM Life Insurance Company of America,<br><br>　　　　Defendants | NO. C 04 4844 MJJ<br><br>Order of Dismissal with Prejudice |

It is hereby stipulated this matter may be dismissed with prejudice.

Dated: July 8, 2005

Law Offices of John P. Lynch

By _____
Attorney for Plaintiff

Dated: 7/18/05

Rimac & Martin

By _____
Anna M. Martin
Attorneys for Defendant
Unum Life Insurance Company of America

Order- Dismissal                    1

1  The parties having stipulated this matter may be dismissed with prejudice,
2  IT IS SO ORDERED
3
4
5  Dated: 7/21/2005
6                                                                   Martin J. Jenkins
                                                                    United States District Judge
7
...
28

Order- Dismissal                                    2